

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Robert Gavurnik,

Vs. No. 11-15-00012-CR

The State of Texas,

* From the 42nd District
  Court of Taylor County,
  Trial Court No. 25262A.

* March 5, 2015

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Michael Robert Gavurnik's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.